**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES HANSEN AND**
**DONNA HANSEN,**

    Plaintiffs,

v.                                        Case No.: 8:19-cv-02927-VMC-SPF

**FIFTH THIRD BANK,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **JAMES HANSEN and DONNA HANSEN**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant(s), **FIFTH THIRD BANK,** have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.

**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Respectfully submitted this **April 30, 2020.**

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132
>kaelyn@attorneydebtfighters.com
>Law Office of Michael A. Ziegler, P.L.:
>Debt Fighters
>2561 Nursery Road, Suite A
>Clearwater, FL 33764
>(p)  (727) 538-4188
>(f)  (727) 362-4778
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this **30** day of **April 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendants.

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132