UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES HANSEN and DONNA HANSEN,

        Plaintiffs,                   **Case No.: 8:19-cv-02927-VMC-SPF**

v.

FIFTH THIRD BANK,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiffs, James Hansen and Donna Hansen ("Plaintiffs"), and Defendant, Fifth Third Bank ("Fifth Third"), through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby submit this Stipulation of Dismissal, with Prejudice, signed by counsel for all parties who have appeared and, without order of the Court, give notice that Plaintiffs are hereby dismissing this action and their claims against Fifth Third, as alleged in *Plaintiff's Complaint with Injunctive Relief Sought* [D.E. 1], with prejudice. The parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **DINSMORE & SHOHL LLP** |
| ***/s/ Kaelyn Steinkraus, Esq.*** | ***/s/ Brandon T. Holmes, Esq.*** |
| Kaelyn Steinkraus, Esq. | Robert E. Sickles, Esq. |
| 2561 Nursery Road, Suite A | Florida Bar No. 167444 |
| Clearwater, FL 33764 | Brandon T. Holmes, Esq. |
| kaelyn@attorneydebtfighters.com | Florida Bar No. 1007975 |
| **Attorneys for Plaintiffs** | One Tampa City Center |
| | 201 N. Franklin Street, Suite 3050 |
| | Tampa, FL 33602 |
| | Telephone: 813-543-9848 |
| | Primary: robert.sickles@dinsmore.com |
| | Primary: brandon.holmes@dinsmore.com |
| | Secondary: eileen.garvey@dinsmore.com |

        Secondary: kim.novak@dinsmore.com

        and

        Joseph N. Tucker, Esq.
        101 South Fifth Street, Suite 2500
        Louisville, KY 40202
        joseph.tucker@dinsmore.com
        **Attorneys for Defendant, Fifth Third Bank, National Association**

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system which electronically notifies all counsel of record, including the following:

        Kaelyn Steinkraus, Esq.
        Law Office of Michael A. Ziegler, P.L.: Debt Fighters
        2561 Nursery Road, Suite A
        Clearwater, FL 33764
        kaelyn@attorneydebtfighters.com
        **Counsel for Plaintiffs**

        */s/ Brandon T. Holmes, Esq.*
        Brandon T. Holmes, Esq.
        Florida Bar No. 1007975